IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| CLOSING OF COURT | ) | G.O. No. 04-02 |

## ORDER

This matter comes on pursuant to the June 7, 2004 Executive Order of the President of the United States declaring Friday, June 11, 2004, as a National Day of Mourning to honor the memory of former President Ronald Reagan and closing the executive departments and agencies of the Federal Government. Notification was given by the Administrative Office of the United States Courts that its offices will be closed June 11, 2004.

IT IS HEREBY ORDERED the United States Court for the Eastern District of Oklahoma shall be closed for business on Friday, June 11, 2004 in honor of the memory of former President Ronald Wilson Reagan.

Emergency filings with the Clerk of Court may be arranged by calling the following:

**William Bruce Guthrie, Court Clerk**
**(918) 687-8297 or (918) 781-2026**

**David McElvania, Chief Deputy Clerk**
**(918) 683-1426 or (918) 781-2633**

IT IS SO ORDERED this 9th day of June 2004.

JAMES H. PAYNE
CHIEF JUDGE
UNITED STATES DISTRICT COURT