# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| CLOSING OF COURT | ) | General Order No. 04-03 |

## ORDER

IT IS HEREBY ORDERED that the District Court Clerk's Office shall be closed on Friday, November 26, 2004. Emergency filings with the Clerk of Court may be arranged by calling the following persons:

**William Bruce Guthrie, Court Clerk   (918) 687-8297 or (918) 781-2026**

**David McElvania, Chief Deputy Clerk (918) 683-1426 or (918) 781-2633**

IT IS SO ORDERED this 15th day of November, 2004.

JAMES H. PAYNE
CHIEF JUDGE
UNITED STATES DISTRICT COURT